UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v.          ) | Case No. 06-366-m-01 |
| ) | |
| ) | |
| ) | |
| ANDRE L. RANDLE     ) | |
| ) | |
| _____ ) | |

**NOTICE OF APPEARANCE**

_____Will the Clerk of the Court please enter the appearance of the undersigned as counsel for the defendant.  Designation CJA Appointment.

Dated: August 16, 2006

                                              Respectfully submitted,

                                              _____/s/_____
                                              Joseph R. Conte, Bar #366827
                                              400 Seventh St., N.W., #400
                                              Washington, D.C. 20004
                                              Phone:       202.638.4100
                                              Fax:           202.628.0249
                                              E-mail        jrc1113@msn.com

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the forgoing was served by ECF to Assistant U.S. Attorney Bryan Roslund this 16th day of August, 2006.

_____
Joseph R. Conte